IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

WADE ALAN KNIGHT,

     Plaintiff,

vs.

ELKO COUNTY SHERIFF; ELKO COUNTY SHERIFF'S OFFICE; JOHN C. CARPENTER LAW ENFORCEMENT CENTER (DR. RACHOT); MEDALLUS MEDICAL CARE; COUNTY OF ELKO,

     Defendants.

_____/

Case No.: 3:19-cv-00213-MMD-CLB

**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE**

     COMES NOW, Defendants, ELKO COUNTY SHERIFF; ELKO COUNTY SHERIFF'S OFFICE; JOHN C. CARPENTER LAW ENFORCEMENT CENTER (DR. RACHOT); MEDALLUS MEDICAL CARE; COUNTY OF ELKO, by and through their Attorneys of Record, ERICKSON, THORPE & SWAINSTON, LTD., and BRENT L. RYMAN, ESQ., and along with Plaintiff, WADE ALAN KNIGHT, *in pro se*, and hereby

///
///
///
///
///

1

1     stipulate that the issues in the above-entitled action may be dismissed, with prejudice, with

2     all parties to bear their own court costs and attorney's fees.

3           DATED this __22nd__ day of July, 2020.

4                                             ERICKSON, THORPE & SWAINSTON, LTD.

6                                             BRENT L. RYMAN, ESQ. (#008648)

7                                             ERICKSON, THORPE & SWAINSTON, LTD.
                                            99 West Arroyo Street

8                                             P.O. Box 3559
                                            Reno, Nevada 89505

9                                             Telephone: (775) 786-3930
                                            *Attorneys for Defendants*

11           DATED this __14th__ day of July, 2020.

14                                             WADE ALAN KNIGHT (#31672)
                                            775 W. Silver Street

15                                             Elko, NV 89801
                                            *Plaintiff, in pro per*

17  ///

18                                  **ORDER**

19     Upon good cause appearing,

20     IT IS SO ORDERED.

21     DATED this __22nd__ day of __July__, 2020.

23                                               U. S. DISTRICT JUDGE